IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01214-WDM-KLM

MARY FLAMINIA CANNIZZO, and
PAUL CHESTER CANNIZZO,

    Plaintiff(s),

v.

LAB CORPORATION OF AMERICA,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on Plaintiffs' **Motion to Enter a Default Judgment Against Defendant(s) Lab Corporation of America and to Order Certified Funds Payment of $100,000,000.00.** [Docket No. 15; filed July 20, 2007] (the "Motion").

    Plaintiffs request that this Court enter a default judgment against Defendant pursuant to Fed. R. Civ. P. 55, due to Defendant allegedly delaying service of process. Under Fed. R. Civ. P. 55 (a), when a party fails to answer or appear in an adversary proceeding, a default judgment may be entered against it. In the above case, Defendant requested an extension of time to answer Plaintiff's Complaint [Docket No. 7; filed July 17, 2007]. Defendant was directed to respond to Plaintiff's Complaint on or before August 8, 2007 [Docket No. 14; filed July 19, 2007]. Defendant filed its Motion to Dismiss Complaint on August 8, 2007 [Docket No. 22]. Therefore, Defendant is not in default.

    Accordingly, IT IS HEREBY **ORDERED** that the **Motion to Enter a Default Judgment Against Defendant(s) Lab Corporation of America and to Order Certified Funds Payment of $100,000,000.00.** [Docket No. 15; filed July 20, 2007] is **DENIED.**

    Dated: October 23, 2007