IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01214-WDM-KLM

MARY FLAMINIA CANNIZZO,

    Plaintiff,

v.

LAB CORPORATION OF AMERICA,

    Defendant.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Motion to Vacate Scheduling Order** [Docket No. 48; filed January 7, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order [Docket No. 36] and all deadlines currently set in the above-captioned case are **VACATED**.

    IT IS FURTHER **ORDERED** that a Status/Scheduling Conference will be set after the filing of an Amended Complaint, if any.

    Dated: January 8, 2008